IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON TOWNS                                                                                          PLAINTIFF

V.                                                                                        NO. 4:16-CV-254-DMB-DAS

MISSISSIPPI DEPARTMENT OF
CORRECTIONS, et al.                                                                              DEFENDANTS

## ORDER OF DISMISSAL

On January 11, 2018, the Court mailed notice of incomplete process to Jason Towns' address of record. Doc. #3. On January 22, 2018, the mail was returned as undeliverable. Doc. #4. It appears that Towns is no longer in the custody of the Mississippi Department of Corrections, and Towns has failed to advise the Court of any new address.[1] Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 3rd day of July, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* L.U. Civ. R. 11(a) ("Every attorney and every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of the court of address changes.").